■ CARMELA CASSANO, Respondent, v. PHILIP CASSANO et al., Appellants. — Appeal from an order denying appellants' motion to dismiss the first cause of action (for a judgment declaring respondent to be the lawful wife of appellant Cassano) and the second cause of action (to annul the purported marriage between the appellants) on the grounds that they do not state facts sufficient to constitute causes of action and that a prior action is pending and undetermined, in which action respondent is seeking a judgment of divorce from appellant Cassano, and to dismiss the third cause of action (to set aside a separation agreement between respondent and appellant Cassano) on the ground that that cause is barred by the Statute of Limitations. Order affirmed, with $10 costs and disbursements. No opinion. Nolan, P. J., Wenzel, Beldock, Ughetta and Hallinan, JJ., concur. [18 Misc 2d 981.]

■ COMMACK CONSTRUCTION CO., INC., Respondent, v. N. JAY SCHUMER, Appellant.— In an action by the assignee of a vendee named in a contract for the purchase and sale of real property to recover the down payment and for other relief, the appeal is from a judgment entered on an order granting respondent's motion for summary judgment striking out the answer. The action was brought on the ground that the appellant failed to comply with a condition in the contract. Judgment unanimously affirmed, with $10 costs and disbursements. No opinion. Present — Nolan, P. J., Wenzel, Beldock, Ughetta and Hallinan, JJ.

■ ABRAHAM EPSTEIN, Appellant, v. ACME SCAFFOLD CO., INC., Respondent and Third-Party Plaintiff-Appellant. EUGENE J. WOOLRICH et al., Doing Business as WEISS AND WOOLRICH CONTRACTING CO., et al., Third-Party Defendants-Respondents.— In an action to recover damages for personal injuries, the complaint was dismissed at the close of the plaintiff's case, and the court thereupon dismissed the third-party complaint. Plaintiff appeals from so much of the judgment entered thereon as dismissed the complaint, and the third-party plaintiff appeals from so much of said judgment as dismissed the third-party complaint. Judgment unanimously affirmed, with costs to respondent payable by appellant, and with one bill of costs to the third-party defendants-respondents payable by the third-party plaintiff-appellant. No opinion. Present — Nolan, P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ.